**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ACACIA COMMUNICATIONS, INC., <br><br> Plaintiff, <br> v. <br><br> THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, <br><br> SUNY POLYTECHNIC INSTITUTE, <br><br> and <br><br> COLLEGE OF NANOSCALE SCIENCE AND ENGINEERING AT THE UNIVERSITY AT ALBANY, <br><br> Defendants. | Civil Action No. 1:16-CV-1506 (LEK/CFH) |

**RULE 7.1 DISCLOSURE STATEMENT**
**OF ACACIA COMMUNICATIONS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Acacia Communications, Inc. indicates that it is a publicly held corporation traded on the Nasdaq Global Select Market under the symbol "ACIA." It has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: December 19, 2016      s/Lee Palmateer
Lee Palmateer (BRN 509188)
LEE PALMATEER LAW OFFICE LLC
90 State Street
Suite 700
Albany, New York 12207
Tel: (518) 591-4636
Fax: 1-518-677-1886
Email: lee@palmateerlaw.com
*Attorneys for Plaintiff*