UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ACACIA COMMUNICATIONS, INC.,

                        Plaintiff,

-against-

THE RESEARCH FOUNDATION FOR
THE STATE UNIVERSITY OF NEW YORK,
SUNY POLYTECHNIC INSTITUTE, and
COLLEGE OF NANOSCALE SCIENCE
AND ENGINEERING,

                        Defendants.

**STIPULATION**

Index No.: 1:16-cv-1506, LEK/CFH

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as counsel of record for the respective parties to the above-captioned matter, that the Plaintiff Acacia Communications, Inc. consents to extend the time in which Defendant The Research Foundation for The State University of New York has to answer or otherwise respond to the Complaint in the above-captioned matter until January 26, 2017.

DATED: January 9, 2017

WOLF, GREENFIELD & SACS, P.C.

By: _____
Michael A. Albert, Esq.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: (617) 646-8000

DATED: January 9, 2017

THE RESEARCH FOUNDATION FOR
THE STATE UNIVERSITY OF NEW YORK

By: _____
Amanda Maleszweski, Esq.
35 State Street
Albany, New York 12207
Tel.: (518) 434-7045