IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACACIA COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, <br><br> SUNY POLYTECHNIC INSTITUTE, <br><br> and <br><br> COLLEGE OF NANOSCALE SCIENCE AND ENGINEERING, <br><br> Defendants. | CIVIL ACTION NO.  1:16-CV-1506 (LEK/CFH) |

## NOTICE OF VOLUNTARY DISMISSAL OF SUNY POLYTECHNIC INSTITUTE AND COLLEGE OF NANOSCALE SCIENCE AND ENGINERRING PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Acacia Communications, Inc. and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed only as against defendants SUNY Polytechnic Institute and College of Nanoscale Science and Engineering, without prejudice.

ACACIA COMMUNICATIONS, INC.

Date: January 23, 2017            /s/ Michael Albert
                                  Michael A. Albert
                                  malbert@wolfgreenfield.com
                                  WOLF, GREENFIELD & SACKS, P.C.
                                  600 Atlantic Avenue
                                  Boston, Massachusetts 02210
                                  Tel: (617) 646-8000
                                  Fax: (617) 646-8646
                                  Email:  Michael.Albert@WolfGreenfield.com
                                  *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF), including:

Amanda Maleszweski
The Research Foundation for
The State University of New York
35 State Street
Albany, NY 12207
(518) 434-7045
Amanda.maleszweski@frsuny.org
*Attorney for Defendants*


And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

    Attorney General of the State of New York
    On behalf of College of Nanoscale Science and Engineering and SUNY Polytechnic
    Empire State Plaza
    NYS Justice Building
    Albany, NY

    Mark Lemire
    On behalf of CNSE and SUNY Polytechnic Institute
    100 Seymour Road
    Utica, NY 13502


Dated: January 23, 2017        /s/Michael A. Albert
                                          Michael A. Albert