UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACACIA COMMUNICATIONS, INC.,<br><br>                                       *Plaintiff*,<br>-vs-<br><br>THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK,<br><br>                                       *Defendant*. | **NOTICE OF APPEARANCE**<br><br>**Civil Action No.:**<br>**1:16-CV-1506 (LEK/CFH)** |

**PLEASE TAKE NOTICE** that the undersigned, attorneys admitted to the practice of law before the Courts of the State of New York and this District, and registered attorneys in the CM/ECF system of the Northern District of New York, hereby enter an appearance on behalf of the Defendant, The Research Foundation for the State University of New York in this action.

Dated: January 25, 2017

                                               **NIXON PEABODY LLP**

                                               By: Andrew C. Rose, Esq. (102473)
                                               677 Broadway 10th Floor
                                               Albany, New York 12207
                                               Phone: (518) 427-2650
                                               acrose@nixonpeabody.com
                                               ATTORNEY FOR DEFENDANT

**TO:** Michael A. Albert
       Wolf, Greenfield & Sacks, P.C.
       600 Atlantic Avenue
       Boston, Massachusetts 02210
       Phone: (617) 646-8000
       malbert@wolfgreenfield.com

       Lee Palmateer
       Lee Palmateer Law Office LLC
       90 State Street
       Suite 700
       Albany, New York 12207
       Phone: (518) 591-4636
       Lee@palmateerlaw.com
       ATTORNEY FOR PLAINTIFF

4818-1522-3872.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th of January, 2017, I electronically filed Defendant's NOTICE OF APPEARANCE with the Clerk of the District Court, Northern District of New York using the CM/ECF system, which sent notification of such filing to the following attorneys of record:

Michael A. Albert
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
malbert@wolfgreenfield.com

Lee Palmateer
Lee Palmateer Law Office LLC
90 State Street
Suite 700
Albany, New York 12207
lee@palmateerlaw.com

ATTORNEYS FOR PLAINTIFF

Tamara L. Carruth