UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ACACIA COMMUNICATIONS, INC.,

                       Plaintiff,

  -against-                                 Index No.: 1:16-cv-1506, LEK/CFH

THE RESEARCH FOUNDATION FOR
THE STATE UNIVERSITY OF NEW YORK,

                       Defendant.
_____

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1

    Defendant The Research Foundation for The State University of New York does not have a parent corporation or other corporation owning 10% or more of its stock.

DATED:  Albany, New York         THE RESEARCH FOUNDATION FOR
          February 6, 2017             THE STATE UNIVERSITY OF NEW YORK

                                             By:  /s/ Amanda Maleszweski
                                                  Amanda Maleszweski
                                                  (Bar Roll No. 516038)
                                                  *The Research Foundation for*
                                                  *The State University of New York*
                                                  35 State Street
                                                  Albany, New York 12207
                                                  Tel.: (518) 434-7045
                                                  amanda.maleszweski@rfsuny.org

                                                  NIXON PEABODY LLP
                                                  Andrew C. Rose, Esq.
                                                  677 Broadway, 10th Floor
                                                  Albany, New York 12207-2996
                                                  Tel.: (518) 427-2650
                                                  acrose@nixonpeabody.com

                                                  *Attorneys for Defendant*