**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ACACIA COMMUNICATIONS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK,<br><br>        Defendant. | Civil Action No.<br>1:16-cv-01506-LEK-CFH |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Thomas Franklin of WOLF, GREENFIELD & SACKS, P.C., 600 Atlantic Avenue, Boston, Massachusetts 02210, hereby appears in the above-captioned action as attorney for Plaintiff Acacia Communications, Inc.

Dated: May 18, 2017

                                          s/Thomas Franklin
                                          Thomas Franklin
                                          WOLF, GREENFIELD & SACKS, P.C.
                                          600 Atlantic Avenue
                                          Boston, Massachusetts 02210
                                          Tel: (617) 646-8000
                                          Fax: (617) 646-8646
                                          Email: tfranklin@wolfgreenfield.com
                                          *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF), including:

**Amanda A. Maleszweski**
SUNY Research Foundation
35 State Street
Albany, NY 12207
518-434-7263
Email: amanda.maleszweski@rfsuny.org
*Attorneys for Defendant*

**Andrew C. Rose**
Nixon, Peabody Law Firm - Albany Office
677 Broadway
10th Floor
Albany, NY 12207
518-427-2650
Fax: 866-947-0449
Email: ACRose@nixonpeabody.com
*Attorneys for Defendant*

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

None.

Dated: May 18, 2017                    s/Thomas Franklin
                                       Thomas Franklin