

Michael A. Albert
malbert@wolfgreenfield.com
direct dial 617.646.8240

August 7, 2017

VIA ECF

Hon. Christian F. Hummel, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re:   *Acacia Communications, Inc. v. The Research Foundation for the State University of New York et al*
Civil Action No. 1:16-cv-01506-LEK-CFH
Case Status Report

Dear Judge Hummel:

Pursuant to the Court's Uniform Pretrial Scheduling Order (D.I. #30), Plaintiff Acacia Communications, Inc. ("Plaintiff") and Defendant The Research Foundation for The State University of New York ("Defendant") submit this Status Report to the Court, by and through their attorneys of record, as follows.

On March 9, 2017, Plaintiff served its First Set of Requests for Production, requesting twenty-one documents that Defendant had identified in pre-litigation communications. Defendant served written responses and produced those documents on May 2, 2017. On March 13, 2017, the parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(i)(A). On April 5, 2017 Defendant served its First Set of Requests for Production and First Set of Interrogatories. Plaintiff served Defendant with its written responses to these discovery requests on May 5, 2017 and subsequently produced nine documents related to the initial disclosure of its alleged trade secrets and claimed damages. Also on April 5, 2017, Plaintiff served its Second Set of Requests for Production, First Set of Interrogatories, and Notice of Deposition of Dr. Douglas Coolbaugh. Defendant has not yet responded to these requests.

The parties met for a mediation before former Magistrate Judge Randolph Treece on May 16, 2017. The parties subsequently met for settlement negotiations at the Boston office of Wolf, Greenfield & Sacks, P.C. on May 31, 2017. The parties have exchanged several settlement

600 Atlantic Avenue, Boston, MA 02210 | 405 Lexington Avenue, New York, NY 10174
617.646.8000 | 212.697.7890
www.wolfgreenfield.com

5637513.1



Hon. Christian F. Hummel
August 7, 2017
Page 2

agreement proposals since that meeting but have been unable to reach a settlement agreement to date. If the parties are unable to reach a settlement agreement in the upcoming weeks, they intend to pursue further discovery.

      Please do not hesitate to contact us with any questions. Thank you for your consideration.

                                            Respectfully,

WOLF, GREENFIELD & SACKS, P.C.         THE CALARESO LAW FIRM, PLLC

*/s/ Michael A. Albert*                                  */s/ Amanda A. Maleszweski*

Michael A. Albert                                         Amanda A. Maleszweski