IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACACIA COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, <br><br> Defendant | Civil Action No. 1:16-cv-1506 (LEK/CFH) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)A)(ii) and subject to the terms of a confidential negotiated settlement agreement, Plaintiff Acacia Communications, Inc. ("Acacia") and Defendant The Research Foundation for The State University of New York ("RFSUNY"), represented by their attorneys, hereby stipulate and agree to as follows:

1. The Complaint filed by Acacia against RFSUNY in the above-captioned case, including all claims and causes of action asserted by Plaintiff Acacia against RFSUNY, are *dismissed with prejudice* to the Plaintiff to re-filing same and without costs.

2. Each of the parties to this Joint Stipulation is to bear its own costs and fees, including attorney's fees.

So agreed and stipulated.

US2008 13486877 4

Respectfully submitted,

November 17, 2017

By _____
Amanda A. Maleszweski
The Calareso Law Firm, PLLC
255 Washington Avenue Ext., Suite 101
Albany, NY 12205
(518) 213-8181
aam@caloresolaw.com

Andrew C. Rose
Nixon, Peabody Law Firm-Albany Office
677 Broadway 10th Floor
Albany, New York 12207
(518) 427-2650
ACRose@nixonpeabody.com

Attorneys for Defendant RFSUNY

AND

By _____
Michael A. Albert
Thomas A. Franklin
Austin L. Steelman
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
Michael.Albert@wolfgreenfield.com
Thomas.Franklin@wolfgreenfield.com
Austin.Steelman@wolfgreenfield.com

Lee Palmateer
Lee Palmateer Law Office LLC
90 State Street, Suite 700
Albany, NY 12207
(518) 591-4636
lee@palmateerlaw.com

Attorneys for Plaintiff Acacia